## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: Linda Araceli Zavala | § | CASE NO. 11-31766 |
| | § | |
| Debtor | § | CHAPTER 13 |

### AMENDED SCHEDULES AND STATEMENTS FOR
### CONVERSION TO CHAPTER 7

The above named debtor hereby files amended Schedules and Statements for conversion

to a Chapter 7 Case and declares under penalty of perjury that the foregoing amendments are true

and correct to the best of his/her knowledge, information and belief.


Dated this the 26th day of June, 2012.


Respectfully submitted,
**WATSON & MAYNEZ, P.C.**
1123 E. Rio Grande
El Paso, Texas 79902
TEL: (915) 562-4357
FAX: (866) 201-0967


/s/Omar Maynez
Omar Maynez
SBN: 24028878
watsonandmaynez@gmail.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I delivered a true and correct copy of the foregoing amended Schedules and Statements for conversion to a Chapter 7 Case to the parties listed below, via the method shown, and on the date indicated:

Via electronic service to the following registered ECF users on June 26, 2012,

Stuart C. Cox
1760 N. Lee Trevino Dr.
El Paso, TX 79936

United States Trustee - EP12
USTPRegion07.SN.ECF@usdoj.gov

And via first class mail to the creditors listed in the attached matrix on June 26, 2012

## CREDITOR MATRIX

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Asset Acceptance Llc
Attn: Bankruptcy
PO Box 2036
Warren, MI 48090

Aureliano Flores
5318 Greyson
Garland, TX 75043

Bank of America, N.A
c/o Codilis & Stawiarski PC
ATTN: Bankruptcy Dept
650 N. Sam Houston Pkwy East 450
Houston, TX 77060

Caldwell & Dimmit

9398 Viscount Ste 1-A
El Paso, TX 79925
Chase Mtg
10790 Rancho Bernardo Rd
San Diego, CA 92127

El Paso Tax Assessor-Collector
2 Civic Center Plaza, RM 123A
El Paso, Texas 79901

Equable Ascent Financial, LLC
c/o Recovry Mngmt Sys Corp
25 SE 2nd Ave Ste 1120
Miami, FL 33131-1605

Gvt Emp Cu
Po Box 20998
El Paso, TX 79998

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126

Philadelphia, PA 19114

Linebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Portfolio Rc
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

Rene De La Fuente, Jr. DDS
1512 N. Zaragoza, Suite C-1
El paso, TX 79938

Stevenson Casey
1100 Chase Tower
201 E. Main, 11th Floor
El Paso, TX 79901

/s/Omar Maynez
Omar Maynez

B6A (Official Form 6A) (12/07)

In re **Linda Araceli Zavala**                                          Case No. **11-31766**

                                                                              (if known)

*AMENDED 6/26/2012*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Homestead 3008 Lake Champlain St | Mortgage | - | $130,216.00 | $33,698.49 |
| Rental 1332 Cora Bell PL El Paso,TX TO BE SURRENDERED | Mortgage | - | $219,895.00 | $225,533.32 |
| 1081 Loma Verde Dr. El Paso,TX Bare Legal Title Bought Brother under Debtor's name in 2001. Homestead for Mother and Brother. Brother Pays Debtor claims no interest in this property CAD Value: $187,894.00 Lien: $163,479.00 | Mortgage | - | $0.00 | $0.00 |

                                                        Total:   **$350,111.00**

                                                (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  Linda Aracoli Zavala                                  Case No.  11-31766
                                                                    (if known)

**AMENDED 6/26/2012**
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $20.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Compass Bank Checking | - | $700.00 |
| | | First Convenience Bank Checking | - | $200.00 |
| | | Business Checking Account | - | $300.00 |
| | | First Convenience Checking | - | $4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Furnishings, Electronics, and Appliances | - | $5,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Personal Clothing | - | $900.00 |
| 7. Furs and jewelry. | | Rings, Necklaces, Earrings, Bracelets | - | $3,200.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Linda Araceli Zavala                                    Case No.  __11-31766_____
                                                                          (if known)

**AMENDED 6/26/2012**
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | JP Morgan Chase Stock Options Can be purchased no sooner than 2025 Receiving dividends of approx. $145.00 per year | - | $1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | Unpaid Child Support | - | $1,100.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Linda Araceli Zavala                                Case No.  11-31766
                                                                  (if known)

### AMENDED 6/26/2012
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 Chevy Cobalt | - | $4,000.00 |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  Linda Araceli Zavala

Case No.  11-31766
(if known)

*AMENDED 6/26/2012*
### SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached    **Total >**    $19,921.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   Linda Aracoli Zavala                                  Case No.   11-31766
                                                                          (If known)

### AMENDED 6/26/2012
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Homestead 3008 Lake Champlain St | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $96,517.51 | $130,216.00 |
| Furnishings, Electronics, and Appliances | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $5,500.00 | $5,500.00 |
| Personal Clothing | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $900.00 | $900.00 |
| Rings, Necklaces, Earrings, Bracelets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $3,200.00 | $3,200.00 |
| Unpaid Child Support | Tex. Prop. Code § 42.001(b)(3) | $1,100.00 | $1,100.00 |
| 2006 Chevy Cobalt | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,000.00 | $4,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to ca commenced  on or after the date of adjustment. | | $111,217.51 | $144,916.00 |

B6D (Official Form 6D) (12/07)

In re  Linda Araceli Zavala

Case No.  __11-31766__

(if known)

*AMENDED 6/26/2012*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx7473<br><br>Bank of America, N.A<br>c/o Codilis & Stawiarski PC<br>ATTN: Bankruptcy Dept<br>650 N. Sam Houston Pkwy East 450<br>Houston, TX 77060 | | - | DATE INCURRED 09/2005<br>NATURE OF LIEN<br>COLLATERAL<br>Conventional Real Estate Mo<br>Rental 1332 Cora Bell PL El F<br>REMARKS<br>COLLATERAL TO BE SURRENDERED<br><br>VALUE: $219,895.00 | | | | $220,294.00 | $399.00 |
| ACCT #: xxxxxxxx1736<br><br>Chase Mtg<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | | - | DATE INCURRED 12/2002<br>NATURE OF LIEN<br>COLLATERAL<br>Conventional Real Estate Mo<br>1081 Loma Verde Dr. El Paso<br>REMARKS<br>Paid Direct by Mother and Brother<br><br>VALUE: $0.00 | | | | $153,000.00 | $153,000.00 |
| ACCT #: xxxxxxxx2986<br><br>Chase Mtg<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127 | | - | DATE INCURRED 09/2002<br>NATURE OF LIEN<br>COLLATERAL<br>Conventional Real Estate Mo<br>Homestead 3008 Lake Champ<br>REMARKS<br><br><br>VALUE: $130,216.00 | | | | $30,461.00 | |
| ACCT #:<br><br>El Paso Tax Assessor-Collector<br>2 Civic Center Plaza, RM 123A<br>El Paso, Texas 79901 | | - | DATE INCURRED<br>NATURE OF LIEN<br>COLLATERAL<br>Taxes<br>Homestead 3008 Lake Champ<br>REMARKS<br>Escrowed through 2011<br><br>VALUE: $130,216.00 | | | | $3,237.49 | |

Subtotal (Total of this Page) > **$406,992.49** | **$153,399.00**

Total (Use only on last page) >

___1___ continuation sheets attached

(Report also on Summary of Schedule

(If applicable , report also on

B6D (Official Form 6D) (12/07) - Cont.

In re   Linda Araceli Zavala

Case No.   11-31766

(if known)

*AMENDED 6/26/2012*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above ) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **Representing:** El Paso Tax Assessor-Collector | | | Linebarger Goggan Blair & Sampson, LLP 711 Navarro, Suite 300 San Antonio, TX 78205 | | | | **Notice Only** | **Notice Only** |
| ACCT #: El Paso Tax Assessor-Collector 2 Civic Center Plaza, RM 123A El Paso, Texas 79901 | - | | DATE INCURRED: NATURE OF LIEN: **Taxes** COLLATERAL: **Rental 1332 Cora Bell PL El P** REMARKS: TO SURRENDER COLLATERAL VALUE: $219,895.00 | | | | $5,239.32 | $5,239.32 |
| ACCT #: El Paso Tax Assessor-Collector 2 Civic Center Plaza, RM 123A El Paso, Texas 79901 | - | | DATE INCURRED: NATURE OF LIEN: **Taxes** COLLATERAL: **1081 Loma Verde Dr. El Paso** REMARKS: VALUE: $0.00 | | | | $4,671.50 | $4,671.50 |

Sheet no¹    1    of            continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total(s) of this page) | $9,910.82 | $9,910.82 |
| Total (Use only on last page) > | $416,903.31 | $163,309.82 |
| | (Report also on Summary of Schedule | (If applicable, report also on |

B6E (Official Form 6E) (04/10)

In re  Linda Araceli Zavala                                    Case No.  __11-31766_____

                                                                        (If Known)

### AMENDED 6/26/2012
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category a

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent,
legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but
before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions
owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original
petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen  up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or
household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or
Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated
from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional
person employed

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re __Linda Araceli Zavala__                                 Case No. __11-31766_____
                                                                                    (If Known)

AMENDED 6/26/2012
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO | AMOUNT NOT ENTITLED TO PRIORITY, IF |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: **Internal Revenue Service** Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114 | | - | DATE INCURRED CONSIDERATION **Taxes** REMARKS | | | | $20,482.64 | $20,482.64 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no¹ __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $20,482.64 | $20,482.64 | $0.00 |
|---|---|---|---|---|

(Use only on last page of the completed Schedule E.

Totals > | | $20,482.64 | $20,482.64 | $0.00 |

(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical

B6F (Official Form 6F) (12/07)

In re   Linda Araceli Zavala                                      Case No.   11-31766
                                                                            _____
                                                                                  (if known)

*AMENDED 6/26/2012*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx6733<br>American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | | - | DATE INCURRED: **01/2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,892.31 |
| ACCT #:  xxxxxxx7524<br>Asset Acceptance Llc<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren, MI 48090 | | - | DATE INCURRED: **08/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | $1,942.77 |
| ACCT #:  xxxx8522<br>Asset Acceptance Llc<br>Attn: Bankruptcy<br>PO Box 2036<br>Warren, MI 48090 | | - | DATE INCURRED: **06/2010**<br>CONSIDERATION:<br>**Collecting for Beneficial**<br>REMARKS: | | | | $12,206.27 |
| ACCT #:<br>Aureliano Flores<br>5318 Greyson<br>Garland, TX 75043 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Former joint owner of real estate**<br>REMARKS: | | | | Notice Only |
| ACCT #:  xx0064<br>Caldwell & Dimmit<br>9398 Viscount Ste 1-A<br>El Paso, TX 79925 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxx  xxxxxx xxx7695<br>Equable Ascent Financial, LLC<br>c/o Recovry Mngmt Sys Corp<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131-1605 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for GEMB**<br>REMARKS: | | | | $1,018.48 |

Subtotal >  $18,059.83

Total >

(Use only on last page of the completed Schedule F.)

_____1_____ continuation sheets attached

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Linda Araceli Zavala    Case No.  11-31766
                                              (if known)

*AMENDED 6/26/2012*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxx8940<br>**Gvt Emp Cu**<br>Po Box 20998<br>El Paso, TX 79998 | | - | DATE INCURRED:  **06/2006**<br>CONSIDERATION:<br>**Deficiency Judgment**<br>REMARKS: | | | | $24,837.85 |
| **Representing:**<br>**Gvt Emp Cu** | | | Stevenson Casey<br>1100 Chase Tower<br>201 E. Main, 11th Floor<br>El Paso, TX 79901 | | | | **Notice Only** |
| ACCT #:  xxxxxxxxxxxx0001<br>**Portfolio Rc**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | - | DATE INCURRED:  **02/2011**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | | $4,770.67 |
| ACCT #:  xxxxxxxxxxxx3175<br>**Portfolio Rc**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | - | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | X | $2,350.50 |
| ACCT #:  xxxxxxxxxxxx1398<br>**Portfolio Rc**<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 | | - | DATE INCURRED:  **07/2009**<br>CONSIDERATION:<br>**Factoring Company Account**<br>REMARKS: | | | X | $533.07 |
| ACCT #:  9581<br>**Rene De La Fuente, Jr. DDS**<br>1512 N. Zaragoza, Suite C-1<br>El paso, TX 79938 | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Dental**<br>REMARKS: | | | | $103.40 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $32,595.49 |
| Total > | $50,655.32 |

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re  Linda Araceli Zavala

Case No.  **11-31766**
(if known)

*AMENDED 6/26/2012*

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Ana Rodriguez**<br>1332 Cora Bell<br>El Paso, TX 79936 | Lease with Option to Purchase.<br>Tenent has right to complete purchase under USC Sec 365(i)<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)
In re __Linda Araceli Zavala__                                    Case No.  __11-31766_____
                                                                              (if known)

### AMENDED 6/26/2012
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor

in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state,
commonwealth, or

territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-

year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re **Linda Araceli Zavala**

Case No. **11-31766**
(if known)

### AMENDED 6/26/2012
## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed,

unless the spouses are separated and a joint petition is not filed   Do not state the name of any minor child   The average monthly

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | |
|---|---|---|---|
| **Single** | Relationship(s):  Daughter | Age(s): 28 | Relationship(s):              Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Home Mortgage Consultant | |
| Name of Employer | Wells Fargo Home Mortgage | |
| How Long Employed | 5 Months | |
| Address of Employer | 1400 N. Zaragoza Ste C
El Paso, TX 79936 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $2,000.00 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | $2,000.00 | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $206.00 | |
|     b. Social Security Tax | $30.00 | |
|     c. Medicare | $123.00 | |
|     d. Insurance | $120.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | $479.00 | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | $1,521.00 | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|     a. Daughters Contribution _____ | $392.00 | |
|     b._____ | $0.00 | |
|     c._____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $392.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,913.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $1,913.00 | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Daugther and son in law live with Debtor and pay water, gas, electric, and food.

B6J (Official Form 6J) (12/07)

IN RE:   Linda Araceli Zavala                                          Case No.   11-31766
                                                                            (if known)

### AMENDED 6/26/2012
# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case
filed  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household  Complete a separate schedule of
expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $794.00 |
|    a. Are real estate taxes included?  ☑Yes  ☐No | |
|    b. Is property insurance included?  ☑Yes  ☐No | |
| 2. Utilities:  a. Electricity and heating fuel | $120.00 |
|            b. Water and sewer | $80.00 |
|            c. Telephone | $80.00 |
|            d. Other:  Cable/Internet | $59.00 |
| 3. Home maintenance (repairs and upkeep) | $40.00 |
| 4. Food | $300.00 |
| 5. Clothing | $34.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $30.00 |
| 8. Transportation (not including car payments) | $180.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $40.00 |
| 10. Charitable contributions | $0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|            a. Homeowner's or renter's | |
|            b. Life | $59.00 |
|            c. Health | |
|            d. Auto | $97.00 |
|            e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|        a. Auto: | |
|        b. Other: | |
|        c. Other: | |
|        d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,913.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  None. | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $1,913.00 |
| b. Average monthly expenses from Line 18 above | $1,913.00 |
| c. Monthly net income (a. minus b.) | $0.00 |

Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In re  Linda Araceli Zavala

Case No.  **11-31766**

Chapter  **7**

### *AMENDED 6/26/2012*
## SUMMARY OF SCHEDULES

ate as to each schedule whether that schedule is attached and state the number of pages in each  Report the totals from
dules A, B, D, E, F, I, and J in the boxes provided  Add the amounts from Schedules A and B to determine the total amount of the
or's assets  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities
idual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under
ter 7, 11, or 13

| IAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| - Real Property | Yes | 1 | $350,111.00 | | |
| - Personal Property | Yes | 4 | $19,921.00 | | |
| - Property Claimed as Exempt | Yes | 1 | | | |
| - Creditors Holding Secured Claims | Yes | 2 | | $416,903.31 | |
| - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $20,482.64 | |
| - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $50,655.32 | |
| - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| - Codebtors | Yes | 1 | | | |
| - Current Income of Individual Debtor(s) | Yes | 1 | | | $1,913.00 |
| - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,913.00 |
| TOTAL | | 16 | $370,032.00 | $488,041.27 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In re  Linda Araceli Zavala

Case No.  **11-31766**

Chapter  **7**

### *AMENDED 6/26/2012*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.
§ 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $20,482.64 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$20,482.64** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $1,913.00 |
| Average Expenses (from Schedule J, Line 18) | $1,913.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11 OR, Form 22C Line 20) | $2,538.39 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $163,309.82 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $20,482.64 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $50,655.32 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $213,965.14 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re Linda Araceli Zavala                                    Case No. 11-31766
                                                                      (if known)

*AMENDED 6/26/2012*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___18___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date 6/26/2012 _____        Signature _/s/ Linda Araceli Zavala_
                                                 *Linda Araceli Zavala*

Date _____          Signature _____

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both: 18 U.S.C. §§ 152 and 3571.